UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>DEN BESTE YARD & GARDEN, INC.,<br><br>Defendant. | Case No.3:16-cv-03914-JST<br><br>**CLERK'S NOTICE REGARDING TEXT ORDER**<br><br>Re: Dkt. No. 40 |

You are hereby notified the Court issued the following order on August 25, 2017 at ECF No. 40:

ORDER DENYING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING The motion for permission for electronic case filing submitted by Paul Den Beste acting in propria persona, ECF No. 31, is denied. "A corporation may appear in federal court only through licensed counsel." United States v. High Country Broad. Co., 3 F.3d 1244, 1245 (9th Cir. 1993). It does not appear that Mr. Den Beste is an attorney. See Civ. L.R. 3-4(a)(1) (attorney must place his or her bar number on any filings with the Court). Accordingly, Mr. Den Beste's filing was not authorized and is ineffective. The request is denied.

(Entered by Judge Jon S. Tigar.) (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 08/25/2017)

Dated: August 25, 2017

Susan Y. Soong
Clerk, United States District Court

By: _____
William Noble, Deputy Clerk to the
Honorable JON S. TIGAR
415-522-2036