Craig A. Brandt
Attorney at Law
5354 James Avenue
Oakland, CA  94618
(510) 601-1309
craigabrandt@att.net
Attorney for Plaintiff
CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION, a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>DEN BESTE YARD & GARDEN, INC.,<br><br>            Defendant. | Case No.:  4:16-cv-03914-KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION, by and through its counsel, hereby gives Notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant DEN BESTE YARD & GARDEN, INC., with each party to bear its own fees and costs.

Voluntary Dismissal without Order of the Court or Stipulation between the parties is appropriate in this matter, as all pleadings filed by Defendant Den Beste Yard & Garden, Inc., including its Answer, were stricken by Order of the Court on September 8, 2017, Docket No. 43.

Dated:  October 26, 2017

By: ___/S/__Craig A. Brandt_____
       Craig A. Brandt
       Attorney for Plaintiff

NOTICE OF DISMISSAL – Page 1

PROOF OF SERVICE

I, Craig A. Brandt, hereby declare:

My business address is the Law Offices of Craig A. Brandt, 5354 James Avenue, Oakland, California 94618.

On October 26, 2017, I served the following document described as:

**NOTICE OF VOLUNTARY DISMISSAL**

By United States Mail to Defendant as follows:

Paul Den Beste
PO Box 742
Cloverdale, CA  95425

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 26, 2017

By: ___/S/   Craig A. Brandt_____
  Craig A. Brandt
  Attorney for Plaintiff